IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ANGELA McKINLEY | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 6:22cv296-JDK |
| | § | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § § | |

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Plaintiff initiated this lawsuit by filing a complaint seeking judicial review of the Commissioner's unfavorable decision concerning her entitlement to disability insurance benefits. The case is referred to the undersigned pursuant to 28 U.S.C. § 636. The Commissioner filed an Unopposed Motion to Reverse and Remand (ECF 15).

The Commissioner's motion seeks a remand for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), which states:

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

The Commissioner asserts that, on remand, the Appeals Council will instruct the Administrative Law Judge to conduct a new hearing, reassess the opinion evidence, re-evaluate the residual functional capacity, and obtain supplemental vocational expert testimony to determine whether Plaintiff can perform other work at step five, and whether any conflict exists between his or her testimony and the *Dictionary of Occupational Titles* requiring resolution in accordance with Social

Security Ruling 00-4p. The Commissioner states that Plaintiff does not oppose the requested relief.

### RECOMMENDATION

It is hereby **RECOMMENDED** that the Unopposed Motion to Reverse and Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF 15) be **GRANTED**. The Commissioner's final administrative decision should be **REVERSED** and the matter **REMANDED** to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Within fourteen days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings and recommendations of the magistrate judge. 28 U.S.C. § 636(b).

A party's failure to file written objections to the findings, conclusions and recommendations contained in this Report within fourteen days after service shall bar that party from *de novo* review by the district judge of those findings, conclusions and recommendations and, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United Servs. Auto. Assn.*, 79 F.3d 1415, 1430 (5th Cir.1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

So ORDERED and SIGNED this 3rd day of February, 2023.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE